UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

JOHN GEORGE KRAWCZYK and
MICHELLE MARIE KRAWCZYK,

    Appellants,

v.

**JUDGMENT**

No. 5:12-CV-643-FL

MARJORIE K. LYNCH,

    Appellee.

-----------------------------------------------------------

IN RE:

    JOHN GEORGE KRAWCZYK
    and MICHELLE MARIE KRAWCZYK,
    Debtors.
    Case No. 11-09596-8-JRL

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of appeal from an order of the United States Bankruptcy Court entered July 27, 2012.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered June 17, 2013, that the bankruptcy court's decision allowing appellee's motion to dismiss is AFFIRMED.

**This Judgment Filed and Entered on June 17, 2013, and Copies To:**

Travis P. Sasser (via CM/ECF Notice of Electronic Filing)
Brian C. Behr (via CM/ECF Notice of Electronic Filing)


June 17, 2013                      JULIE A. RICHARDS, CLERK
                                        /s/ Christa N. Baker
                                        (By) Christa N. Baker, Deputy Clerk